## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**QUINCETTA Y. CARGILL,**

      **Plaintiff,**

**v.**                                                        **Case No. 4:24-cv-344-AW-MJF**

**COLLETTE PETERS, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Quincetta Cargill sued certain federal employees and agencies, alleging Eighth Amendment violations. The magistrate judge issued a report and recommendation, concluding the court should dismiss the claims for failure to state a claim. ECF No. 18. Plaintiff did not file any objection.

Having carefully considered the matter, I agree the claims are subject to dismissal. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed for failure to state a claim." The clerk will then close the file.

SO ORDERED on May 29, 2025.

s/ *Allen Winsor*_____
United States District Judge